Benjamin G. Kilpatrick, appellant, v. Chicago Lawn Safe and Securities Company et al., defendants. Irwin T. Gilruth, receiver of Chicago Lawn State Bank, appellee. Gen. No. 36,601.

Opinion filed February 7, 1934.

Richard S. Folsom and Jacob G. Grossberg, for appellant; James Hamilton Lewis, of counsel. Kirkland, Fleming, Green & Martin, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Milton S. Yondorf and Adolph Hammel, defendants in error, v. Michael J. Bartley and Cecelia Bartley, plaintiffs in error. Gen. No. 36,608.

Opinion filed February 7, 1934.

Herman S. Landfield, for plaintiffs in error. Sidney J. Wolf, for defendants in error.

Mr. Justice Hebel delivered the opinion of the court.

W. Francis Burns, appellee, v. Ovson Egg Company, appellant. Gen. No. 36,633.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

I. J. Berkson, for appellant; Ben A. Stewart, of counsel. Maxfield Weisbrod, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

B. Given, appellant, v. Sam Hartzen, appellee. Gen. No. 36,643.

Opinion filed February 7, 1934.

Irving L. Block and Norman B. Feinberg, for appellant. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.